IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID NASH, | ) | Civil No. 04-6291-CO |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KEN LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

 Magistrate Judge John P. Cooney filed his Findings and Recommendation (docket # 111) on April 24, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give de novo review to the factual findings in the record, though I must still review the legal principles de novo. <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

/ / / /

/ / / /

1 - ORDER

Having reviewed the legal principles de novo, I find no error and adopt Magistrate Judge Cooney's Findings and Recommendation.  Defendant City of Rogue River's motion (# 97) to dismiss is DENIED.

IT IS SO ORDERED.

DATED this  20th  day of June, 2006.

                                        /s Owen M. Panner  
                                        Owen M. Panner  
                                        United States District Judge

2 - ORDER