FILED'06 AUG 17 14:32USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID NASH, | ) | Civil No. 04-6291-CO |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KEN LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On July 7, 2006, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 149), recommending that Defendant's Motion to Dismiss (# 82) be denied. Because Plaintiff attached documents to his response to the motion to dismiss, in regard to the statute of limitations, Judge Cooney converted that portion of the motion into a motion for summary judgment.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself

1 - ORDER

whether the Magistrate's report is correct").

I find no error.

## Conclusion

Magistrate Judge Cooney's Findings and Recommendation (docket # 149) are adopted. Defendant's Motion (# 82) to Dismiss (or for summary judgment as to the statute of limitations issue) is denied.

IT IS SO ORDERED.

DATED this ___17___ day of August, 2006.

                                  /s/ Owen M. Panner
                                Owen M. Panner
                          United States District Judge